UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 26-2117 PA (DSRx) | | Date | May 19, 2026 |
|---|---|---|---|---|
| Title | Audrey Boldenguy v. Zander Group Holdings, Inc. | | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**         IN CHAMBERS—ORDER TO SHOW CAUSE

Before the Court is a Motion to Dismiss for Lack of Venue or, in the Alternative, Compel Arbitration ("Motion to Compel Arbitration") filed by defendant Zander Group Holdings, Inc. ("Defendant") (Docket No. 15). Defendant filed its Motion to Compel Arbitration on May 4, 2026, and set it for a hearing on June 1, 2026. Plaintiff Audrey Boldenguy ("Plaintiff") filed a First Amended Complaint ("1st AC") on May 11, 2026.

Plaintiff has not responded to the Motion to Compel Arbitration or in any other way sought to prevent the Court from reaching the merits of the Motion to Compel Arbitration. It is not obvious to the Court that the filing of the 1st AC moots the Motion to Compel Arbitration. For instance, the 1st AC does not appear to contain any allegations responsive to the arguments raised in the Motion to Compel Arbitration. The Court therefore orders Plaintiff to show cause in writing why the Court should not grant the Motion to Compel Arbitration based on Plaintiff's failure to file an Opposition as provided in Local Rule 7-12. Plaintiff's Response to the Order to Show Cause shall be filed by no later than May 26, 2026. Failure to adequately or timely respond may result in the granting of the Motion to Compel Arbitration without further warning. Upon review of the Response filed by Plaintiff, the Court will notify Defendant if it need respond to the Response.

IT IS SO ORDERED.

| CV-90 (06/04) | **CIVIL MINUTES - GENERAL** | Page 1 of 1 |
|---|---|---|